AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

### OFFENSE CHARGED

18 U.S.C. Sec. 922(g)(1) - Felon in Possession of Firearm & Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
No more than 10 years imprisonment; no more than $250,000 fine; no more than 3 years supervised release; and $100 special assessment.

**DEFENDANT - U.S.**

▶ DELWAN BLAZER

**DISTRICT COURT NUMBER**

CR 08 0504 MHP

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
FBI - John Dubin

☑ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**   Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   William Frentzen

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges   } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution
San Francisco County Jail

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO


FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

DELWAN BLAZER

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm and Ammunition

---

A true bill.

_____
Foreman

Filed in open court this 29th day of July, 2008.

**Brenda Tolbert**
Clerk

Bail, $ _____   NO BAIL ARREST WARRANT

Maria Elena James
United States Magistrate Judge

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2

**FILED**
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08 0504 |
| Plaintiff, ) | |
|   ) | VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition. |
| v. ) | |
| DELWAN BLAZER, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

MHP

INDICTMENT

The Grand Jury charges:

On or about June 24, 2008, in the Northern District of California, the defendant,

DELWAN BLAZER,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, (1) did knowingly possess a firearm, described as: 9 millimeter Hi-Point semi-automatic pistol, serial number P1346652, in and affecting interstate commerce; and (2) did knowingly possess ammunition, described as: nine Winchester 9 millimeter Luger

///

1  caliber rounds, in and affecting interstate commerce, in violation of Title 18, United States Code,
2  Section 922(g)(1).

4  DATED:                                         A TRUE BILL.
5  7/29/08
                                                  *signature*
6                                                 FOREPERSON

8  JOSEPH P. RUSSONIELLO
   United States Attorney

   *signature*
11 JAMES T. CHOU
   Chief, Organized Crime Strike Force

14 (Approved as to form: *signature* )
                          AUSA William Frentzen

INDICTMENT                            2