**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: August 18, 2008

Case No.    CR 08-0504  MHP                Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- DELVAN BLAZER (c):

Attorneys:    Plf: William Franzen
              Dft: Mark Rosen

Deputy Clerk: Anthony Bowser  Court Reporter: Margo Garule

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 9/8/2008 at 10:00 am for further status
conference; Exlcudable time found re effective preparation of counsel; Govt to submit order.