1  MARK ROSENBUSH
   Attorney at Law  (CSB 72436)
2  214 Duboce Avenue
   San Francisco, California 94103
3  Tel: (415) 861-3555
   Fax: (415) 255-8631
4
   Attorney for Defendant
5  DELWAN BLAZER

6

7                     IN THE UNITED STATES DISTRICT COURT

8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA        )   NO.  CR-08-0504-MHP
11                                 )
              Plaintiff,           )   **STIPULATED EX PARTE MOTION TO**
12                                 )   **ADD CASE TO CALENDAR FOR**
       v.                          )   **CHANGE OF PLEA**
13                                 )
   DELWAN BLAZER,                  )
14                                 )
              Defendant.           )
15                                 )
                                   )
16

17  TO: THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF
    CALIFORNIA, ASSISTANT UNITED STATES ATTORNEY WILLIAM FRENTZEN; THE
18  CLERK OF THE ABOVE ENTITLED COURT.

19         Defendant DELWAN BLAZER hereby moves the Court, pursuant to Criminal Local

20  Rule 47-3 and the stipulation of the United States Attorney, to add Mr. Blazer's case to the

21  Court's calendar on **December 5, 2008, at 2:00 p.m.**

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Mr. Blazer requests that his case be added to the Court's calendar in order for Mr. Blazer to enter a change of plea.

                                                         Respectfully submitted,

Dated: November 25, 2008                    s/ Mark Rosenbush

                                                  MARK ROSENBUSH
                                                  Attorney for Defendant
                                                  DELWAN BLAZER

**IT IS SO STIPULATED.**

Dated: November 25, 2008                    s/ William Frentzen

                                                  WILLIAM FRENTZEN
                                                  Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-08-0504-MHP |
| Plaintiff, ) | **ORDER** [Proposed] |
| v. ) | |
| DELWAN BLAZER, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING THEREFORE upon the ex parte motion of Defendant Delwan Blazer,

IT IS HEREBY ORDERED that the Clerk of the Court shall schedule the above captioned matter on the court's calendar on **December 5, 2008, at 2:00 p.m**, for a hearing of defendant Blazer's change of plea.

Dated: November 26, 2008.

IT IS SO ORDERED

Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*BLAZER: Order to Add to Calendar*